# Exhibit A

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address):*
The House of Figurine Sculptures Ohio LLC.
Brain K. Carter Pro-Se Litigant
17 Overlook Court
Fairfeild ,Ohio 45014
TELEPHONE NO.: 513-942-1468    FAX NO: N/A
ATTORNEY FOR *(Name):* N/A

*FOR COURT USE ONLY*

ENDORSED

2016 MAR 29 AM 11:13

David H. Yamasaki, Clerk of the Superior Court
County of Santa Clara, California

Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Santa Clara
STREET ADDRESS: 161 North First Street San Jose, CA 95113
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose CA. 95113
BRANCH NAME: OLD COURTHOUSE

CASE NAME:
The House of Figurine Sculptures Ohio LLC  v. Yahoo Incorporated

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 16CV293308 |
|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000)   [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder    Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: <br> DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[✓] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [✓] is  [ ] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [✓] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [✓] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [✓] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):*
5. This case [ ] is  [✓] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date:
Brian K. Carter
_____    ▶ _____
(TYPE OR PRINT NAME)    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

# APPENDIX

Civil Complaint Cover Sheet .......................................................... (i)

Appendix .................................................................................... (ii)

Cover Letter Parties of Action Jurisdiction and Venue ...................... (iii)

Service Mark Introduction ............................................................ (1)

Plaintiff – Brian K. Carter United States Patent and

Trademark Certificate (Exhibit A) ................................................. (2)

Plaintiff – Brian K. Carter State of Ohio Limited Liability

Company Certificate (Exhibit B) ................................................... (3)

Defendant Use of Counterfeit Marks ............................................. (4)

Defendant Counterfeit Marks Used and Sold in Advertisements

 The House of Figurine Sculptures Image Result (Exhibit C) ............... (5)

 More The House of Figurine Sculptures Images

Likelihood of Confusion ............................................................... (6)

Case History ............................................................................... (7)

Plaintiff  Register Domain Name Expiration (Exhibit D) ..................... (8)

Prayer for Relief ......................................................................... (9)

Certificate of Service ................................................................... (10)

Declaration Under Penalty of Perjury ............................................. (11)

## I. PARTIES OF THE ACTION

ENDORSED
2016 MAR 29 AM 11: 13
David H. Yamasaki, Clerk of the Superior Court
County of Santa Clara, California
By: _____ Deputy Clerk

**PLAINTIFF:**
The House of Figurine Sculptures Ohio LLC.
Brian K. Carter - Pro Se Litigant
17 Overlook Court
Fairfield, Ohio 45014
Telephone: (513) 942-1468

**DEFENDANT:**
Yahoo Inc.
701 First Ave Sunnyvale
California 94089
Telephone: (408) 349- 3300

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SANTA CLARA

16CV293308

THE HOUSE OF FIGURINE
SCULPTURES OHIO LLC.,

BRIAN K. CARTER,

      Plaintiff,

v.

YAHOO INCORPORATE,

      Defendant.

) Case No.
)
) Title: VIOLATION OF LANHAM ACT,
)     TRADEMARK INFRINGEMENT,
)     15 U.S.C. §1125 FALSE
)     DESIGNATION OF ORGIN,
)     FALSE DESCRIPTIONS,
)     TRADEMARK
)     COUNTERFEITING ACT OF 1984
)  Unlimited

## II. BASIS OF JURISDICTION

### JURISDICTION

The Superior Court of California has original jurisdiction to hear claims arising under Lanham Act, Title 28 U.S.C.§1338(a), Title 28 U.S.Code §1332(a)(1)(c)(1), Title 28 U.S.C. §1331.

### VENUE

Venue is proper because; Yahoo Incorporated has a principal place of business located at 701 First Ave. Sunnyvale, California 94089. Plaintiff Brian K. Carter resides in Fairfield, Ohio 45014; Plaintiff principal place of business located at 17 Overlook Court Fairfield, Ohio 45014.Plaintiff United States Patent Trademark Office principal registration is 17 Overlook Court Fairfield, Ohio 45014.

**(iii)**

## SERVICE MARK INTRODUCTION

**(I)** United States Patent and Trademark Office, examining attorney Linda E. Blohm approved Plaintiff principal register service mark; The House of Figurine Sculptures.com® November 10, 2009. A comprehensive trademark search report had been conducted in all 50 states including the State of California, Santa Clara before (USPTO) approved Plaintiff – Brian K. Carter principal register.

**(II)** Plaintiff service mark registration number 3,708,174 International Class: 035, service mark description for online retail store services featuring selection of gifts, home and garden décor, and a large selection of figurine sculptures. The mark consist of standard characters without claim to any particular font, style, size or color and does not include graphic design or images and no claim is made to the exclusive rights to use Figurine Sculpture – Sculpture Figurine apart of the service mark.

**(III)** Plaintiff service mark; The House of Figurine Sculptures.com® is owned by Plaintiff Ohio Domestic Limited Liability Company in commerce. The House of Figurine Sculptures Ohio LLC., register with the Ohio Secretary of State Entity number 1920675, Docket Id number 201007000794 .                    (1)

# EXHIBIT A

## United States Patent and Trademark Certificate

# United States of America

## United States Patent and Trademark Office

## The House of Figurine
## Sculptures.com

**Reg. No. 3,708,174**
Registered Nov. 10, 2009

**Int. Cl.: 35**

**SERVICE MARK
PRINCIPAL REGISTER**

CARTER, BRIAN (UNITED STATES INDIVIDUAL)
17 OVERLOOK CT.
FAIRFIELD, OH 45014

FOR: ON-LINE RETAIL STORE SERVICES FEATURING A HUGE SELECTION OF GIFTS, HOME AND GARDEN DECOR, PERSONAL CARE PRODUCTS, AND A LARGE SELECTION OF FIGURINE SCULPTURES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-9-2006; IN COMMERCE 9-9-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FIGURINE SCULPTURES.COM", APART FROM THE MARK AS SHOWN.

SER. NO. 77-702,025, FILED 3-30-2009.

LINDA E. BLOHM, EXAMINING ATTORNEY





David J. Kappos

Director of the United States Patent and Trademark Office

# EXHIBIT B

## State of Ohio Limited Liability Certificate

LEGALZOOM.COM, INC.
ATTN:JACOB VARGHESE
7083 HOLLYWOOD BLVD.,#180
HOLLYWOOD, CA 90028

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jennifer Brunner

**1920675**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**THE HOUSE OF FIGURINE SCULPTURES LLC**

and, that said business records show the filing and recording of:

Document(s)                                          Document No(s):

**ARTICLES OF ORGNZTN/DOM. PROFIT LIM.LIAB. CO.**    **201007000794**



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of
the Secretary of State at Columbus,
Ohio this 10th day of March, A.D.
2010.

Ohio Secretary of State



## DEFENDANT USE OF COUNTERFEIT MARKS

**(IV)** Defendant intentional development and use of two active counterfeit marks identical to Plaintiff genuine mark titled; The House of Figurine Sculptures - Image Result and More The House of Figurine Sculptures Images, both are highlighted in blue font shown on page 5 of Plaintiffs' complaint. Defendant use of counterfeit marks is for the sale of goods and services described on Plaintiff (USPTO) certificate, such as home and garden decorations, large selection of figurines, sculptures. Defendant counterfeit marks are substantially indistinguishable from Plaintiff genuine mark.

**(V)** Defendant first counterfeit mark highlighted in blue font show cases 11 different images. Defendant provides an additional active link within each image, which allows the consumer to purchase the image of those goods and services sold from companies not associated with Plaintiff genuine mark.

**(VI)** Defendant second counterfeit mark highlighted in blue font reads; More The House of Figurine Sculptures Images. When consumers click either one of Defendant active counterfeit marks highlighted in blue font. Defendant is trafficking for sale a combine total of 200 different images of goods and services currently being sold from 200 different companies.

(4)

# EXHIBIT C

**Defendant Counterfeit Marks Used and Sold in Advertisements**

**i) The House of Figurine Sculptures Image Results**

**ii) More The House of Figurine Sculptures Images**

YAHOO!    **the house of figurine sculptures**    

Web    Images    Video    News    More : :    Anytime : :

related to **the house of figurine sculptures**

More **the house of figurine sculptures** ads

### The House of Figurine Sculptures | LinkedIn
www.linkedin.com/pub/the-house-of-figurine...
View The House of Figurine Sculptures's professional profile on LinkedIn. LinkedIn is the world's largest business network, helping professionals like The House of ...

### The House of Figurine Sculptures LLC Review -...
www.bbb.org › ... › internet shopping
BBB's Business Review For The House of Figurine Sculptures LLC that includes background information, consumer experience, BBB Accreditation status, BBB Rating ...

### The House of Figurine Sculptures - Image Results



More The House of Figurine Sculptures images

### THE HOUSE OF FIGURINE SCULPTURES.com ... -...
www.princetonwww.com/sculpturesmark.html : :
Registered Trademark for Sale, Intellectual Property Description: Registered Trademark: The House of Figurine Sculptures.com® U.S. Classes: 100, 101, and 102

### Customer Reviews for The House of Figurine...
www.bbb.org › ... › internet shopping

## LIKELIHOOD OF CONFUSION

**(VII)** Defendant counterfeit marks disguised has images is a Web search result shown at the top of Page 5 of Plaintiff complaint in red font, and not a Image search result, Plaintiff has no connection to those goods and services sold. Defendant counterfeit marks misrepresent designation of origin. Plaintiff does not participate in shipment of those goods and services. Plaintiff does not partake in process of payments. Plaintiff does not refund money or take returns of goods and services purchased from Defendant counterfeit marks.

(VIII) Defendant has created false sponsorships and endorsements that do not exist. Defendant unlawful activity created liability for the Plaintiff and jeopardize Plaintiff good business reputation. Defendant counterfeit marks is deceptive, confusing, and is likely to cause mistake on the part of consuming public. Defendant has prevented and stopped Plaintiff from use of legal principle register service mark. Defendant continues to prevent the Plaintiff from legal registration of the domain name, due to confusion Defendant created through use of Plaintiff register service mark and domain name.

**(6)**

(IX) In essence, Defendant has engaged in business identity theft through the development and use of two counterfeit marks which read completely different, one is identical Plaintiff principle register mark the other identifies Plaintiff business in commerce.

## CASE HISTORY

(X) Plaintiff conducted business with Defendant-Yahoo Inc. through the purchase of an e-commerce webhosting (WH) website. Defendant offered assistance with website development only, while conducting business with the Defendant, United States Patent and Trademark Office approved Plaintiff service mark. The House of Figurine Sculptures.com® was the domain name - register service mark applied to the website purchased from the Defendant.

(XI) Plaintiff had an ongoing client - business relationship with the Defendant approximately 5 years consecutively, Plaintiff can provide the court with proof of purchase for Defendant (WH) website. The Defendant was hired to provide a  service. Plaintiff provided the Defendant with Plaintiff business plans for development of e-commerce website purchased from the Defendant and the Plaintiff development of an Ohio Limited Liability Company.

**(7)**

# Exhibit D

## Plaintiff Register Domain Name and Expiration Date

| Home | Add Domain | Bulk Edit | Bulk Edit Status | Renew Domains | Store EPP | Manage Name Server | Account Info | Customer Support |

**Welcome! You are logged in as:** briancarter          Log Out

You have 4 domain(s) in this account   |   0 domain(s) expiring in next 30 days   |   0 domain(s) that have expired

View Domains [ Active ▼ ]

*Select the group of domains you wish to view.*          *Tips: You may sort the domain names by clicking on the SLD, TLD, and Expiry Date headers.*

|   | Domain ( SLD | TLD ) | Domain Expiry Date | Whois Proof Expiry *what is this?* | Domain Password |
|---|---|---|---|---|
| 1. | placethead.com | 20-Mar-2015 | Not subscribed. Sign up | Disabled |
| 2. | thehouseofbusinessadvertisements.com | 20-Mar-2015 | Not subscribed. Sign up | Disabled |
| 3. | thehouseoffigurinesculptures.com | 24-Jun-2015 | 25-Jun-2015 (renew) | Disabled |
| 4. | whatupapps.com | 01-Mar-2015 | Not subscribed. Sign up | Disabled |

View/edit this domain name [                    ]   [ Search ]

Search Domain [            ] , [ any ▼ ]   [ Search ]

*You may search for list of domains that starts with or contains specific letters.*

© 2012 Domain Panel | All Rights Reserved

Home   Add Domain   Bulk Edit   Bulk Edit Status   Renew Domains   Store EPP   Manage Name Server   Account Info   Customer Support



https://domainpanel.com/member/main.php                    10/24/2014

(XII) The Defendant did not have authorization for use of or sell of the Plaintiff principle register service mark or Plaintiff business identity in commerce. Plaintiff became aware of Defendant use of the service mark, when the domain name registration for The House of Figurine Sculptures .com® expired June 24, 2015. Shown on page 8 of the Plaintiff complaint is the Plaintiff register domain name and the domain name expiration date.

## PRAYER FOR RELIEF

(I) Whereas Plaintiff seeks just compensation $5,000,000 for multiple violations against principal register service mark under the Lanham Act, and/or

There had been no legal binding agreements or contract between the Plaintiff, and the Defendant for the cost of Defendant use and sell of Plaintiff principle register service mark. The Plaintiff seeks $5,000,000. Defendant has already used and sold Plaintiff legal principle register service mark unlawfully for the Defendant commercial gain and profits.

Whereas Plaintiff is seeking all false advertisements from the Defendant unlawful use be stopped immediately and removed from public access to prevent further damage and liability to the Plaintiff business in commerce.

(9)

## CERTIFICATE OF SERVICE

I Brian K. Carter hereby certify a copy of the forgoing was served by U.S. postal service located in city of Fairfield, Ohio through overnight expressed mail upon Yahoo Incorporated, 701 First Ave, Sunnydale California 94089 this 19 day of March 2016.

Date 3-19-16

~Brian Carter~

The House of Figurine Sculptures Ohio LLC.
Brian K. Carter – Pro Se Litigant

Respectfully Submitted,

Date 3-19-16

*Brian Carter*

The House of Figurine Sculptures Ohio LLC.
Brian K Carter – Pro Se Litigant

**(10)**

## DECLARATION UNDER PENALTY OF PERJURY

I Brian K. Carter declare under penalty of perjury, under laws of the State of California the following information contained in the complaint filed within Superior Court of California are true and accurate.

Date 3-19-16    ___Brian Carter___

The House of Figurine Sculptures Ohio LLC.
Brian K. Carter – Pro Se Litigant

I Brain K. Carter declare under penalty of perjury under the laws of the United States of America, that the forgoing statements contained in this complaint filed within Superior Court of California County of Santa Clara, and any accompanying documents is true and correct.

Date 3-79-16    ___Brian Carter___

The House of Figurine Sculptures Ohio LLC.
Brian K. Carter – Pro Se Litigant

Suvoscibed before me this 19th day of March 2016

Laine G. Tarter



LAINE A. TARTER
NOTARY PUBLIC
STATE OF OHIO
MY COMMISSION
EXP: 6-15-20

**(11)**

# Exhibit B

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*



**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ENDORSED

2016 MAR 29 AM 11: 13

David H. Yamasaki, Clerk of the Superior Court
County of Santa Clara, California
By: _____
Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Yahoo Incorporate 701 First Ave Sunnyvale California 94089

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

The House of Figurine Sculptures Ohio LLC.
Brian K. Carter 17 Overlook Court Fairfield, Ohio 40514

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO!* Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is: *(El nombre y dirección de la corte es):* Superior Court of California | **CASE NUMBER:** *(Número del Caso):* **16CV293308** |
|---|---|

County Santa Clara Old Courthouse, 161 North First Street San Jose, CA 95113. Mailing Address; 191 North First Street San Jose, CA 95113

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Brian K, Carter Pro Se Litigant 17 Overlook Court Farifeild Ohio 45014 Telephone No. (513) 942-1468

| DATE: **MAR 29 2016** *(Fecha)* | DAVID H. YAMASAKI Chief Executive Officer | Clerk, by T. Mar *(Secretario)* | , Deputy *(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
**SUMMONS**
Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| The House of Figurine Sculptures Ohio LLC. <br> Brian K. Carter  Plaintiff Pro Se- Litigant <br> 17 Overlook Court <br> Fairfield, Ohio 45014 <br> TELEPHONE NO.: 513-942-1468    FAX NO. (Optional): N/A <br> E-MAIL ADDRESS (Optional): N/A <br> ATTORNEY FOR (Name): N/A | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 161 North First Street San Jose, CA 95113
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, Cailfornia 95113
BRANCH NAME: Old Courthouse

| PLAINTIFF/PETITIONER: Brian K. Carter Plaintiff Pro-Se Litigant | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Yahoo Incorporate Defendant | 1 6 C V 2 9 3 3 0 8 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [✓] other (specify documents): Exhibits A-B-C-D attached to the original complaint filed 3-19-2016

3. a. Party served (specify name of party as shown on documents served):
      Yahoo Incorporate 701 First Ave, Sunnyvale, CA 94089

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
      under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served:
   701 First Ave Sunnyvale, California 94089
5. I served the party (check proper box)
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to
      receive service of process for the party (1) on (date):                    (2) at (time):
   b. [ ] by substituted service. On (date):          at (time):          I left the documents listed in item 2 with or
      in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business
         of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual
         place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing
         address of the person to be served, other than a United States Postal Service post office box. I informed
         him or her of the general nature of the papers.

      (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served
         at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
         (date): 3-19-16   from (city): Failfield, Ohio       or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: Brian K. Carter Plaintiff Pro-Se Litigant | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Yahoo Incorporate Defendant | |

5.  c.  [✓]  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1)  on (date): 3-19-2016          (2)  from (city): Fairfield Ohio

(3)  [  ]  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4)  [  ]  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d.  [  ]  **by other means** (specify means of service and authorizing code section):

[✓]  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
a.  [✓]  as an individual defendant.
b.  [  ]  as the person sued under the fictitious name of (specify):
c.  [  ]  as occupant.
d.  [  ]  On behalf of (specify):
under the following Code of Civil Procedure section:

| | |
|---|---|
| [  ] 416.10 (corporation) | [  ] 415.95 (business organization, form unknown) |
| [  ] 416.20 (defunct corporation) | [  ] 416.60 (minor) |
| [  ] 416.30 (joint stock company/association) | [  ] 416.70 (ward or conservatee) |
| [  ] 416.40 (association or partnership) | [  ] 416.90 (authorized person) |
| [  ] 416.50 (public entity) | [  ] 415.46 (occupant) |
| | [  ] other: |

7.  Person who served papers
a.  Name:  United States Postal Service
b.  Address: 700 Wessel Dr. Fairfield, Ohio 45014
c.  Telephone number: (513) 858-1693
d.  The fee for service was: $ 22.95
e.  I am:

(1)  [  ]  not a registered California process server.
(2)  [  ]  exempt from registration under Business and Professions Code section 22350(b).
(3)  [  ]  a registered California process server:
(i)  [  ]  owner  [  ]  employee  [  ]  independent contractor.
(ii)  Registration No.:
(iii)  County:

8.  [✓]  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9.  [  ]  I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 3-19-2016

Brian K. Carter Plaintiff Pro-Se Litigant
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ Brian Carter
(SIGNATURE )

# Exhibit C

ATTACHMENT CV-5012

# CIVIL LAWSUIT NOTICE
*Superior Court of California, County of Santa Clara*
*191 N. First St., San Jose, CA 95113*

CASE NUMBER: _____ 1 д ⊍ V 2 9 3 3 0 8

## PLEASE READ THIS ENTIRE FORM

*PLAINTIFF* (the person suing): Within 60 days after filing the lawsuit, you must serve each Defendant with the *Complaint*, *Summons*, an *Alternative Dispute Resolution (ADR) Information Sheet*, and a copy of this *Civil Lawsuit Notice*, and you must file written proof of such service.

---

*DEFENDANT* (The person sued): You must do each of the following to protect your rights:

1. You must file a written response to the *Complaint*, *using the proper legal form or format*, in the Clerk's Office of the Court, within *30 days* of the day you were served with the *Summons* and *Complaint*;
2. You must serve by mail a copy of your written response on the Plaintiff's attorney or on the Plaintiff if Plaintiff has no attorney (to "serve by mail" means to have an adult other than yourself mail a copy); and
3. You must attend the first Case Management Conference.

**Warning: If you, as the Defendant, do not follow these instructions,
you may automatically lose this case.**

---

*RULES AND FORMS:* You must follow the California Rules of Court and the Superior Court of California, County of Santa Clara Local Civil Rules and use proper forms. You can obtain legal information, view the rules and receive forms, free of charge, from the Self-Help Center at 99 Notre Dame Avenue, San Jose (408-882-2900 x-2926), www.scselfservice.org (Select "Civil") or from:

- State Rules and Judicial Council Forms: www.courtinfo.ca.gov/forms and www.courtinfo.ca.gov/rules
- Local Rules and Forms: http://www.sccsuperiorcourt.org/civil/rule1toc.htm

*CASE MANAGEMENT CONFERENCE (CMC):* You must meet with the other parties and discuss the case, in person or by telephone, at least 30 calendar days before the CMC. You must also fill out, file and serve a *Case Management Statement* (Judicial Council form CM-110) at least 15 calendar days before the CMC.

*You or your attorney must appear at the CMC. You may ask to appear by telephone – see Local Civil Rule 8.*

---

*Your Case Management Judge is:* Peter Kirwan _____ *Department:* ___ 01

*The 1st CMC is scheduled for:* (Completed by Clerk of Court)

Date: ____ JUL 29 2016 ____ *Time:* 10:00am in Department: 01

*The next CMC is scheduled for:* (Completed by party if the 1st CMC was continued or has passed)

Date: _____ *Time:* _____ in Department: _____

---

*ALTERNATIVE DISPUTE RESOLUTION (ADR):* If all parties have appeared and filed a completed *ADR Stipulation Form* (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference. Visit the Court's website at www.sccsuperiorcourt.org/civil/ADR/ or call the ADR Administrator (408-882-2100 x-2530) for a list of ADR providers and their qualifications, services, and fees.

*WARNING:* Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

---

# SANTA CLARA COUNTY SUPERIOR COURT
## ALTERNATIVE DISPUTE RESOLUTION
### INFORMATION SHEET

Many cases can be resolved to the satisfaction of all parties without the necessity of traditional litigation, which can be expensive, time consuming, and stressful. The Court finds that it is in the best interests of the parties that they participate in alternatives to traditional litigation, including arbitration, mediation, neutral evaluation, special masters and referees, and settlement conferences. Therefore, all matters shall be referred to an appropriate form of Alternative Dispute Resolution (ADR) before they are set for trial, unless there is good cause to dispense with the ADR requirement.

### *What is ADR?*
ADR is the general term for a wide variety of dispute resolution processes that are alternatives to litigation. Types of ADR processes include mediation, arbitration, neutral evaluation, special masters and referees, and settlement conferences, among others forms.

### *What are the advantages of choosing ADR instead of litigation?*
ADR can have a number of advantages over litigation:

- **ADR can save time.** A dispute can be resolved in a matter of months, or even weeks, while litigation can take years.

- **ADR can save money.** Attorney's fees, court costs, and expert fees can be reduced or avoided altogether.

- **ADR provides more participation.** Parties have more opportunities with ADR to express their interests and concerns, instead of focusing exclusively on legal rights.

- **ADR provides more control and flexibility.** Parties can choose the ADR process that is most likely to bring a satisfactory resolution to their dispute.

- **ADR can reduce stress.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere of litigation. Surveys of parties who have participated in an ADR process have found much greater satisfaction than with parties who have gone through litigation.

### *What are the main forms of ADR offered by the Court?*
**Mediation** is an informal, confidential, flexible and non-binding process in the mediator helps the parties to understand the interests of everyone involved, and their practical and legal choices. The mediator helps the parties to communicate better, explore legal and practical settlement options, and reach an acceptable solution of the problem. The mediator does not decide the solution to the dispute; the parties do.

Mediation may be appropriate when:
- The parties want a non-adversary procedure
- The parties have a continuing business or personal relationship
- Communication problems are interfering with a resolution
- There is an emotional element involved
- The parties are interested in an injunction, consent decree, or other form of equitable relief

**Neutral evaluation,** sometimes called "Early Neutral Evaluation" or "ENE", is an informal process in which the evaluator, an experienced neutral lawyer, hears a compact presentation of both sides of the case, gives a non-binding assessment of the strengths and weaknesses on each side, and predicts the likely outcome. The evaluator can help parties to identify issues, prepare stipulations, and draft discovery plans. The parties may use the neutral's evaluation to discuss settlement.

Neutral evaluation may be appropriate when:
- The parties are far apart in their view of the law or value of the case
- The case involves a technical issue in which the evaluator has expertise
- Case planning assistance would be helpful and would save legal fees and costs
- The parties are interested in an injunction, consent decree, or other form of equitable relief

*-over-*

Arbitration is a less formal process than a trial with no jury. The arbitrator hears the evidence and arguments of the parties and then makes a written decision. The parties can agree to binding or non-binding arbitration. In binding arbitration, the arbitrator's decision is final and completely resolves the case, without the opportunity for appeal. In non-binding arbitration, the arbitrator's decision could resolve the case, without the opportunity for appeal, unless a party timely rejects the arbitrator's decision within 30 days and requests a trial. Private arbitrators are allowed to charge for their time.

Arbitration may be appropriate when:
- The action is for personal injury, property damage, or breach of contract
- Only monetary damages are sought
- Witness testimony, under oath, needs to be evaluated
- An advisory opinion is sought from an experienced litigator (if a non-binding arbitration)

**Civil Judge ADR** allows parties to have a mediation or settlement conference with an experienced judge of the Superior Court. Mediation is an informal, confidential, flexible and non-binding process in which the judge helps the parties to understand the interests of everyone involved, and their practical and legal choices. A settlement conference is an informal process in which the judge meets with the parties or their attorneys, hears the facts of the dispute, helps identify issues to be resolved, and normally suggests a resolution that the parties may accept or use as a basis for further negotiations. The request for mediation or settlement conference may be made promptly by stipulation (agreement) upon the filing of the Civil complaint and the answer. There is no charge for this service.

Civil Judge ADR may be appropriate when:
- The parties have complex facts to review
- The case involves multiple parties and problems
- The courthouse surroundings would he helpful to the settlement process

**Special masters and referees** are neutral parties who may be appointed by the court to obtain information or to make specific fact findings that may lead to a resolution of a dispute.
Special masters and referees can be particularly effective in complex cases with a number of parties, like construction disputes.

**Settlement conferences** are informal processes in which the neutral (a judge or an experienced attorney) meets with the parties or their attorneys, hears the facts of the dispute, helps identify issues to be resolved, and normally suggests a resolution that the parties may accept or use as a basis for further negotiations.
Settlement conferences can be effective when the authority or expertise of the judge or experienced attorney may help the parties reach a resolution.

### What kind of disputes can be resolved by ADR?
Although some disputes must go to court, almost any dispute can be resolved through ADR. This includes disputes involving business matters; civil rights; collections; corporations; construction; consumer protection; contracts; copyrights; defamation; disabilities; discrimination; employment; environmental problems; fraud; harassment; health care; housing; insurance; intellectual property; labor; landlord/tenant; media; medical malpractice and other professional negligence; neighborhood problems; partnerships; patents; personal injury; probate; product liability; property damage; real estate; securities; sports; trade secret; and wrongful death, among other matters.

### Where can you get assistance with selecting an appropriate form of ADR and a neutral for your case, information about ADR procedures, or answers to other questions about ADR?

**Contact:**

Santa Clara County Superior Court
ADR Administrator
408-882-2530

Santa Clara County DRPA Coordinator
408-792-2784

---

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION SHEET**
**CIVIL DIVISION**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
191 N. First Street
San Jose, Ca 95113-1090

TO:     Brian K Carter
        17 Overlook Court
        Fairfield OH 45014

RE:             The House of Figurine Sculptures Ohio LLC et al vs Yahoo Incorporate
Case Number:    16CV293308

### NOTICE OF CASE MANAGEMENT CONFERENCE

A Case Management Conference has been scheduled for the above entitled case and all parties are directed to appear in this court on:

Date: 07/26/2016                          At: 1:30 PM
In: Department 9

1. You must file and serve a completed 'Case Management Conference Statement at least five (5) calendar days prior to the above scheduled conference.

2. Counsel for each party and each self-represented party shall attend the conference and be fully prepared to participate effectively.

3. Compliance with all Local Rules of Court is required.

For further information, call the Calendar Office (408)882-2100.

If you, a party represented by you, or a witness to be called on behalf of that party need and accommodation under the American with Disabilities Act, please contact the Court Administrator's office at 408-882-2700, or use the Court's TDD line, 408-882-2690 or the voice/TDD California Relay Service, 800-735-2922.

DECLARATION OF SERVICE BY MAIL: I declare under penalty of perjury that I served this notice by enclosing a true copy in a sealed envelope, addressed to each person whose name is shown above, and by depositing the envelope with postage fully prepaid, in the U.S. Mail at San Jose, CA on 04/26/2016

DAVID H. YAMASAKI, Chief Executive Officer/Clerk by Lan Wang, Deputy.

The House of Figurine Sculptures Ohio LLC
17 Overlook Court
Fairfield OH 45014

# SANTA CLARA COUNTY SUPERIOR COURT
# ALTERNATIVE DISPUTE RESOLUTION
# INFORMATION SHEET

Many cases can be resolved to the satisfaction of all parties without the necessity of traditional litigation, which can be expensive, time consuming, and stressful. The Court finds that it is in the best interests of the parties that they participate in alternatives to traditional litigation, including arbitration, mediation, neutral evaluation, special masters and referees, and settlement conferences. Therefore, all matters shall be referred to an appropriate form of Alternative Dispute Resolution (ADR) before they are set for trial, unless there is good cause to dispense with the ADR requirement.

### *What is ADR?*
ADR is the general term for a wide variety of dispute resolution processes that are alternatives to litigation. Types of ADR processes include mediation, arbitration, neutral evaluation, special masters and referees, and settlement conferences, among others forms.

### *What are the advantages of choosing ADR instead of litigation?*
ADR can have a number of advantages over litigation:

- **ADR can save time.** A dispute can be resolved in a matter of months, or even weeks, while litigation can take years.

- **ADR can save money.** Attorney's fees, court costs, and expert fees can be reduced or avoided altogether.

- **ADR provides more participation.** Parties have more opportunities with ADR to express their interests and concerns, instead of focusing exclusively on legal rights.

- **ADR provides more control and flexibility.** Parties can choose the ADR process that is most likely to bring a satisfactory resolution to their dispute.

- **ADR can reduce stress.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere of litigation. Surveys of parties who have participated in an ADR process have found much greater satisfaction than with parties who have gone through litigation.

### *What are the main forms of ADR offered by the Court?*
**Mediation** is an informal, confidential, flexible and non-binding process in the mediator helps the parties to understand the interests of everyone involved, and their practical and legal choices. The mediator helps the parties to communicate better, explore legal and practical settlement options, and reach an acceptable solution of the problem. The mediator does not decide the solution to the dispute; the parties do.

Mediation may be appropriate when:
- The parties want a non-adversary procedure
- The parties have a continuing business or personal relationship
- Communication problems are interfering with a resolution
- There is an emotional element involved
- The parties are interested in an injunction, consent decree, or other form of equitable relief

**Neutral evaluation**, sometimes called "Early Neutral Evaluation" or "ENE", is an informal process in which the evaluator, an experienced neutral lawyer, hears a compact presentation of both sides of the case, gives a non-binding assessment of the strengths and weaknesses on each side, and predicts the likely outcome. The evaluator can help parties to identify issues, prepare stipulations, and draft discovery plans. The parties may use the neutral's evaluation to discuss settlement.

Neutral evaluation may be appropriate when:
- The parties are far apart in their view of the law or value of the case
- The case involves a technical issue in which the evaluator has expertise
- Case planning assistance would be helpful and would save legal fees and costs
- The parties are interested in an injunction, consent decree, or other form of equitable relief

*-over-*

191 N. FIRST STREET
SAN JOSE, CA 95113-1090

**FILED**

APR 2 2 2016

DAVID H. YAMASAKI
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY_____ DEPUTY
ROWENA WALKER

TO:     FILE COPY

RE:          **The House of Figurine Sculptures of Ohio, LLC, et al. v. Yahoo! Inc.**
CASE NUMBER:     **16CV293308**

### PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Superior Court, County of Santa Clara, 191 N. 1st Street, San Jose, California 95113. On **APR 2 2 2016**, I served the document entitled Order: Case is Deemed Not Complex and Complex Fee Refunded to Plaintiff.

☑ By placing a copy of the document(s) listed above for collection and mailing following the Court's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Jose, California addressed as set forth below.

The House Figurine Sculptures of Ohio LLC
Brian K. Carter
17 Overlook Court
Fairfield, OH 45014

☐ By pdf transmission. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

I am readily familiar with the Court's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on **APR 2 2 2016**, in San Jose, California.

For further information, contact the Complex Civil Litigation Department, (408) 882-2286.

David H. Yamasaki
Chief Executive Office, Clerk

Rowena Walker, Deputy Clerk

If you, a party represented by you, or a witness to be called on behalf of that party need an accommodation under the American with Disabilities Act, please contact the Court Administrator's office at (408) 882-2700, or use the Court's TDD line, (408) 882-2690 or the Voice/TDD California Relay Service, (800) 735-2922.

# Exhibit D



FILED

APR 2 8 2016

DAVID H. YAMASAKI
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY_____ DEPUTY
ROWENA WALKER

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| THE HOUSE OF FIGURINE SCULPTURES OF OHIO LLC; BRIAN K. CARTER, <br><br> Plaintiffs, <br><br> vs. <br><br> YAHOO INCORPORATED, <br><br> Defendant. | Case No.: 1-16-CV-293308 <br><br><br> **ORDER: CASE IS DEEMED NOT COMPLEX AND COMPLEX FEE REFUNDED TO PLAINTIFF** |

WHEREAS the Complaint was filed by Plaintiffs THE HOUSE OF FIGURINE SCULPTURES OF OHIO LLC and BRIAN K. CARTER ("Plaintiffs") in the Superior Court of California, County of Santa Clara, on March 29, 2016 and the matter was assigned to Department 1, the Honorable Peter H. Kirwan presiding, pending a ruling on the complexity issue;

IT IS HEREBY ORDERED that:

The Court determines that the above-referenced case is **NOT COMPLEX** within the meaning of California Rules of Court 3.400.

The matter shall be, and is, reassigned to Department 9, the Hon. Mary E. Arand presiding.

The Case Management Conference set for July 29, 2016 at 10:00 a.m. in Department 1 is vacated and shall be reset by the Court upon reassignment of the matter.

The Clerk of the Court shall refund the $1,000 complex fee paid by Plaintiff The House Figurine Sculptures of Ohio LLC on March 29, 2016, payable to The House Figurine Sculptures of Ohio LLC, 17 Overlook Court, Fairfield, Ohio 45014.

Plaintiff shall serve a copy of this Order on all the parties in this matter forthwith.

SO ORDERED.

Dated: 4 | 13 | 16

_____
Honorable Peter H. Kirwan
Judge of the Superior Court

_The House Figurine Sculptures of Ohio LLC, et al. v. Yahoo Incorporated_
_Santa Clara County Superior Court, Case No. 1-16-CV-293308_
_ORDER: CASE IS DEEMED NOT COMPLEX AND COMPLEX FEE REFUNDED TO PLAINTIFF_

2

# PROOF OF SERVICE

### Case No 16 cv 293308

I declare under penalty of perjury, I served the following information to the Defendant Yahoo Inc. as stated below by enclosing a true copy in enclose sealed envelope to be deliver by U.S. Postal Service overnight express located at 700 Wessel Dr. Fairfield Ohio 45014 telephone number (513) 858-1693 on Monday 2, 2016.

Proof of Service

Civil Lawsuit Notice

Endorse Complaint

Endorse Summon/Proof of Summon

ADR Information Sheet

Order: Case Not Deemed Complex

Notice of Case Management Conference Scheduled for 7-26-2016

Date  5-2-2016

The House of Figurine Sculptures LLC
Brian K. Carter Plaintiff Pro Se

# Exhibit E

SEP 2 6 2017
A. Hwang

FILED

**PLAINTIFF:**
Brian K. Carter Pro Se Litigant
17 Overlook Court Fairfield Ohio 45914
Tele: (513)942-1468
Email: Vahm9@ fuse.net

**DEFENDANT:**
Yahoo Incorporate
701 First Ave. Sunnyvale
California 94089
Tele: (408) 349-3300

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SANTA CLARA

BRIAN K. CARTER,

Plaintiff,

vs.

YAHOO INCORPORATE,

Defendant

Case No.: 16-CV-293308

**AMENDED SUMMON SERVED UPON DEFENDANT YAHOO INCORPORATE**

### INTRODUCTION

Aggressive Legal Services Inc. registered California process server, served the Defendant Yahoo Incorporate the amended summons and the follow information listed on Aggressive Legal Services Inc., Proof of Service on August 28, 2017.

Date 9-20-17

Respectfully Submitted,

Brian K. Carter

Brian K. Carter Pro Se Litigant

| Attorney or Party without Attorney:<br>BRIAN K CARTER<br>17 OVERLOOK COURT<br>FAIRFEILD, OH 45014<br>Telephone No. 513-942-1468 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref No or File No<br>701 | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA | | | | |
| Plaintiff: BRIAN K. CARTER | | | | |
| Defendant: YAHOO INCORPORATE | | | | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date | Time | Dept Div | Case Number<br>16-CV-293308 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons and Complaint; ORIGINAL SUMMONS, ORIGINAL COMPLAINT, AMENDED SUMMONS, SUMMONS (CITACION JUDICIAL) ADR INFORMATION FORMS, CIVIL LAWSUIT NOTICE, SERVICE OF ACKNOWLEGDMENT, CASE DEEMED NOT COMPLEX

*3. a. Party served:*              YAHOO INCORPORATE
   *b. Person served:*        Jonathan Del Toro, Authorized for Service, Hispanic, Male, 25 Years Old, Black
                                  Hair, Brown Eyes, 6 Feet, 180 Pounds

*4. Address where the party was served:*   701 FIRST AVE
                                        Sunnyvale, CA  94089

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive
   process for the party (1) on: Mon., Aug. 28, 2017 (2) at: 1:41PM

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

**7. Person Who Served Papers:**
   a. Angelica Rodriguez Lezama

   **Aggressive Legal Services, Inc.**
   4110 Truxel Road, Suite 150
   Sacramento, CA 95834
   Phone: (877) 925-7462
   FAX: (916) 455-3200
   www.alsinc.com

                             Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee for Service was:**   $84.00

   e. I am: (3) registered California process server
          *(i)* Independent Contractor
          *(ii) Registration No.:*   2015-50
          *(iii) County:*         Sacramento
          *(iv) Expiration Date:*   Sat, Jul. 20, 2019

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date:  Fri, Sep. 01, 2017*

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(Angelica Rodriguez Lezama)  *brcarter.131428*

FILE BY FAX

I Brian K Carter retained Aggressive Legal Services Inc. registered California

server located at 4110 Truxel Rd Suite 150 Sacramento CA 95834 telephone

number: (877) 925-7462 to serve Defendant Yahoo Incorporate headquarter

located at 701 First Ave Sunnyvale California CA 94089 on August 28, 2017.

Date 9-20-17                    Brian K. Carter

                               Brian K. Carter Pro Se Litigant

# Exhibit F



# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SANTA CLARA

## MINUTE ORDER

| Brian Carter vs Yahoo Incorporate | Hearing Start Time: | 10:00 AM |
|---|---|---|
| 16CV293308 | Hearing Type: | Conference: Further Case Management |
| Date of Hearing:  11/14/2017 | Comments: | |

| Heard By: | Arand, Mary E | Location: | Department 9 |
|---|---|---|---|
| Courtroom Reporter: | - No Record Transcribed | Courtroom Clerk: | Stacie Marshall |
| | | Court Interpreter: | |
| | | Court Investigator: | |
| **Parties Present:** | | **Future Hearings:** | |
| Carter, Brian K | Plaintiff | | |
| **Exhibits:** | | | |

- Attorney Darius Simon appeared.


Continued to 3-6-18 at 10am

# Exhibit G

1   KILPATRICK TOWNSEND & STOCKTON LLP
    DENNIS L. WILSON (155407)
2   dwilson@kilpatricktownsend.com
    RYAN T. BRICKER (State Bar No. 269100)
3   rbricker@kilpatricktownsend.com
    DARIUS C. SAMEROTTE (296252)
4   dsamerotte@kilpatricktownsend.com
    Two Embarcadero Center, Suite 1900
5   San Francisco, CA  94111
    Telephone:   415 576 0200
6   Facsimile:   415 576 0300

7   Attorneys for Defendant

8           SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                FOR THE COUNTY OF SANTA CLARA

10
    BRIAN K. CARTER,                          Civil Action No. 16-cv-293308
11
              Plaintiff,                      **NOTICE TO ADVERSE PARTY OF**
12                                            **REMOVAL TO FEDERAL COURT**

              v.                              Date:       October 30, 2017
13
    YAHOO! INC.,
14                                            Complaint Filed:       March 29, 2016
              Defendant.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1    TO PLAINTIFF BRIAN K. CARTER (pro se):

2        PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the

3    United States District Court for the Northern District of California on December 13, 2017, Civil

4    Case No. 17-cv-7086.

5        A copy of the said Notice of Removal is attached to this Notice, and is served and filed

6    herewith.

7    DATED:  December 13, 2017          Respectfully submitted,

8                                       KILPATRICK TOWNSEND & STOCKTON LLP

9

10                                      By: */s/ Dennis L. Wilson*
                                            DENNIS L. WILSON
11
                                        Attorneys for Defendant
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -
NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT