UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>OATH HOLDINGS INC.,<br><br>    Defendant. | Case No. 17-cv-07086-KAW<br><br>**ORDER DENYING MOTION FOR A CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 90 |

On November 5, 2018, the Court granted Defendant's motion to dismiss the case with prejudice and entered judgment against Plaintiff. (Dkt. Nos. 86, 87.) Plaintiff subsequently filed an appeal. (Dkt. No. 89.) On December 26, 2018, Plaintiff filed a motion for a certificate of appealability. (Dkt. No. 90.)

Plaintiff's motion is DENIED. A certificate of appealability is required "when a habeas corpus petitioner seeks to initiate an appeal of the dismissal of a habeas corpus petition after April 24, 1996 . . . ." *Slack v. McDaniel*, 529 U.S. 473, 478 (2000). As this case is a trademark infringement case, not a habeas petition, no certificate of appealability is required.

IT IS SO ORDERED.

Dated: January 4, 2019

                                                      KANDIS A. WESTMORE
United States Magistrate Judge